IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FREDERICKA LYLES,

    Petitioner,

-vs-

ANGELA LOCKE,

    Respondent.                             No. 13-cv-493-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order Dismissing case (Doc. 24) entered by this Court on December 27, 2013, the Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DENIED** and this cause of action is **DISMISSED with prejudice**.

                                      NANCY J. ROSENSTENGEL,
                                      CLERK OF COURT

                                      BY:  *s/Sara Jennings*
                                                Deputy Clerk

**DATED:** December 27, 2013

                                  David R. Herndon
                                  2013.12.27
                                  11:37:28 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT